**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TERREL BATTLE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **No. 5:26-cv-00091-MTT-CHW** |
| | : | |
| **Doctor NO, *et al*.,** | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| **Defendants.** | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |

## <u>ORDER</u>

*Pro se* Plaintiff Terrel Battle, a prisoner at Coastal State Prison in Garden City, Georgia, filed a complaint that has been docketed as a 42 U.S.C. § 1983 civil rights action. ECF No. 1.  Plaintiff seeks leave to proceed *in forma pauperis*.  ECF No. 3.   The Court has reviewed Plaintiff's motion to proceed *in forma pauperis* and finds it is incomplete. A prisoner or pretrial detainee seeking leave to proceed without prepayment of the filing fee must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint."  28 U.S.C. § 1915(a)(1)-(2). Plaintiff failed to submit a certified copy of his trust fund account statement.

Accordingly, Plaintiff is **ORDERED** to submit a certified copy of his trust fund account statement for the preceding six months that is signed by a corrections official. Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply. If Plaintiff does not timely and fully comply with this Order, this action will be dismissed. Plaintiff is further **ORDERED** to notify the Court immediately in writing of any change of

address and his failure to do so may result in dismissal of this action.

The Clerk is **DIRECTED** to provide Plaintiff with the Court's standard account certification form for his use in complying with this order.

**SO ORDERED and DIRECTED**, this 7th day of April, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge