**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TERREL BATTLE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 5:26-cv-00091-MTT-CHW** |
| | : | |
| **Doctor NO, *et al*.,** | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| **Defendants.** | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |

## ORDER

*Pro se* Plaintiff Terrel Battle, a prisoner at Coastal State Prison in Garden City, Georgia, filed a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff also filed an incomplete motion to proceed *in forma pauperis*. ECF No. 2. On April 7, 2026, the Court ordered Plaintiff to file a certified account statement signed by a corrections official and a copy of his prison trust fund account statement for the six months preceding the filing of this civil action in accordance with 28 U.S.C. § 1915(a)(1)-(2). Plaintiff has responded to the Court's order asserting that he requested a certified copy of his account statement but that prison officials have not responded. *See* ECF No. 7-1.

Plaintiff is instructed to show this Order to an appropriate corrections official when he submits a second written request for a certified copy of his trust fund account statement. If a corrections official refuses to provide the requested information, Plaintiff should provide this Court with a copy of his written request for the account statement and then notify the Court of (1) the name of the corrections official from whom he requested the certified copy of his trust fund account statement; (2) the date he made such request; and

(3) the date that he was notified that correction officials would not provide the requested documentation.   If Plaintiff receives notification in writing from a correction official that he will not be provided with a certified copy of his prison trust fund account statement, Plaintiff should also present the Court with a copy of this notification.

It is **ORDERED** that Plaintiff shall have an additional **FOURTEEN (14) DAYS** from the date of this order to submit a certified account statement or to provide the written notice required by this Order if he is unable to obtain the account statement.   If Plaintiff fails to submit the certified account statement as ordered and fails to adequately document to the Court why he is unable to provide the account statement, this civil action may be dismissed.   If Plaintiff fails to inform the Court in writing of any change in his mailing address, this action may be dismissed.

The **CLERK** is **DIRECTED** to forward an account certification form to Plaintiff along with a service copy of this Order (with the case number showing on all) for his use in complying with this Order of the Court.

**SO ORDERED, and DIRECTED**, this 17th day of June, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2