IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TERREL BATTLE,                                  *

               Plaintiff,              *

v.                                                 Case No.   5:26-cv-00091-MTT-CHW

                              *

Doctor NO, et al.,                              

                              *

               Defendants.

                              *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 24, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of July, 2026.

David W. Bunt, Clerk


s/ Kami D. Seward, Deputy Clerk